B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colao, Carmen** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Colao, Lucia E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Carmen & Sons Concrete** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Lucy E Colao** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5543** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7315** |
| Street Address of Debtor (No. and Street, City, and State):<br>**55 W. Penny Road**<br>**South Barrington, IL**<br>ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**55 W. Penny Road**<br>**South Barrington, IL**<br>ZIP Code **60010** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Colao, Carmen**<br><br>**Colao, Lucia E** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Xiaoming Wu ARDC No.          November 26, 2012**<br>Signature of Attorney for Debtor(s)               (Date)<br>**Xiaoming Wu ARDC No. 6274335** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Colao, Carmen** <br> **Colao, Lucia E** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Carmen Colao**
_____
Signature of Debtor  **Carmen Colao**

X  **/s/ Lucia E Colao**
_____
Signature of Joint Debtor  **Lucia E Colao**

_____
Telephone Number (If not represented by attorney)

**November 26, 2012**
_____
Date

### Signature of Attorney*

X  **/s/ Xiaoming Wu ARDC No.**
_____
Signature of Attorney for Debtor(s)

**Xiaoming Wu ARDC No. 6274335**
_____
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
_____
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

_____
Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
_____
Telephone Number

**November 26, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao**
         **Lucia E Colao**                                    Case No. _____

                                    Debtor(s)     Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Carmen Colao**
                         **Carmen Colao**

Date:   **November 26, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Carmen Colao**
**Lucia E Colao**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lucia E Colao**
                          **Lucia E Colao**

Date:   **November 26, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Carmen Colao,**
       **Lucia E Colao**

Case No. _____

Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,065,000.00 | | |
| B - Personal Property | Yes | 4 | 8,206.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,543,061.85 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 221,744.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 318,431.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,529.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | 1,073,206.00 | | |
| Total Liabilities | | | | 2,083,236.89 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

                             Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 221,744.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 221,744.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,800.00 |
| Average Expenses (from Schedule J, Line 18) | 8,529.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,752.50 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 478,061.85 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 24,709.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 197,035.00 |
| 4. Total from Schedule F | | 318,431.04 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 993,527.89 |

B6A (Official Form 6A) (12/07)

In re     **Carmen Colao,**
        **Lucia E Colao**                                        Case No. _____

                                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 55 W. Penny Road, South Barrington IL 60010** | **Tenants by the Entirety** | **J** | **865,000.00** | **1,290,000.00** |
| **57 W. Penny Road, South Barrington, IL 60010** | **Joint tenant** | **J** | **200,000.00** | **253,061.85** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,065,000.00** | (Total of this page) |
| Total > | **1,065,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Carmen Colao,**
**Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Bank - checking account** | J | 143.00 |
| | | | **Harris Bank - checking account** | W | 63.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods:  Sofa, Loveseat, Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffe Maker, Bedroom Sets, Lamps, Telephone, TV, DVD player, coffee table, end tables, coffee maker, video game systems** | J | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothing** | J | 100.00 |
| 7. | Furs and jewelry. | | **Wedding rings** | W | 600.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **2,906.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carmen Colao,**                                                              Case No. _____
        **Lucia E Colao,**

                                        _____,
                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **3506 River Road LLC**<br><br>**Asset include: Warehouse at 3506 River Rd, Franklin Park, IL 60131 (with a fair market value of $185,000 and a mortgage balance of approximately $210,000), and a checking account with Chase Bank, with an approximate balance of $43)** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carmen Colao,**
    **Lucia E Colao**
                         Debtors

Case No. _____

,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Business license for concrete repairs | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Mercedez-Benz ML320 (124,000 miles) | H | 4,000.00 |
| | | 1994 Chevrolet C2500 (194,000 miles) | H | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, printer, fax machine, desk | J | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **5,300.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carmen Colao,**
     **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 8,206.00 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Carmen Colao,**                                                    Case No. _____
         **Lucia E Colao**
                                                    ,
                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 55 W. Penny Road, South Barrington IL 60010 | 735 ILCS 5/12-901 | 30,000.00 | 865,000.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Harris Bank - checking account | 735 ILCS 5/12-1001(b) | 143.00 | 143.00 |
| | | | |
| Harris Bank - checking account | 735 ILCS 5/12-1001(b) | 63.00 | 63.00 |
| | | | |
| **Household Goods and Furnishings** | | | |
| Misc. Household Goods:  Sofa, Loveseat, Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffe Maker, Bedroom Sets, Lamps, Telephone, TV, DVD player, coffee table, end tables, coffee maker, video game systems | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| Used clothing | 735 ILCS 5/12-1001(a) | 100.00 | 100.00 |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding rings | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Mercedez-Benz ML320 (124,000 miles) | 735 ILCS 5/12-1001(c) | 2,400.00 | 4,000.00 |
| | 735 ILCS 5/12-1001(b) | 1,600.00 | |
| | | | |
| 1994 Chevrolet C2500 (194,000 miles) | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer, printer, fax machine, desk | 735 ILCS 5/12-1001(d) | 300.00 | 300.00 |

Total:    **38,206.00**    **873,206.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Carmen Colao,**
    **Lucia E Colao**                                                     Case No. _____

_____
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **01-22-300-004-0000**<br><br>**Cook County Treasurer**<br>**118 N. Clark St., Room 112**<br>**Chicago, IL 60602** | J | | | | **Statutory Lien**<br><br>**57 W. Penny Road, South Barrington, IL 60010** | | | X | | |
| | | | | | Value $          **200,000.00** | | | | **7,470.72** | **0.00** |
| Account No.<br><br>**Cook County Collector**<br>**118 N. Clark St., Room 112**<br>**Chicago, IL 60602-1395** | | | | | **Representing:**<br>**Cook County Treasurer** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**County Clerk,Real Estate & Tax Svcs**<br>**Cook County Building, 4th Floor**<br>**118 N. Clark St.**<br>**Chicago, IL 60602** | | | | | **Representing:**<br>**Cook County Treasurer** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**David Orr**<br>**Clerk of Cook County**<br>**69 W. Washington, Suite 500**<br>**Chicago, IL 60602** | | | | | **Representing:**<br>**Cook County Treasurer** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

____**3**____ continuation sheets attached

Subtotal
(Total of this page)                    **7,470.72**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re     **Carmen Colao,**
           **Lucia E Colao**                                                , Case No. _____

                                                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1322** <br><br> **Eastern Savings Bank, FSB** <br> **Executive Plaza II** <br> **11350 McCormick Road, Suite 200** <br> **Hunt Valley, MD 21031** | | J | **Mortgage** <br><br> **Location: 55 W. Penny Road, South Barrington IL 60010** <br><br> Value $       **865,000.00** | | | | **1,290,000.00** | **425,000.00** |
| Account No. **10 CH 44651** <br><br> **Johnson, Blumberg & Associate, LLC** <br> **230 W. Monroe Street, Suite 1125** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Eastern Savings Bank, FSB** <br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxxx  xxxxx7695** <br><br> **Gregory Keefer** <br> **5115 W. Nashville** <br> **Chicago, IL 60656** | | J | **Judicial Lien** <br><br> **57 W. Penny Road, South Barrington, IL 60010** <br><br> Value $       **200,000.00** | | | | **0.00** | **0.00** |
| Account No. <br><br> **Illinois Department of Public Aid** <br> **State Disbursement Unit** <br> **PO Box 5400** <br> **Carol Stream, IL 60197-5400** | | J | **Domestic Support Obligations** <br><br> **57 W. Penny Road, South Barrington, IL 60010** <br><br> Value $       **200,000.00** | | | X | **31,687.96** | **9,158.68** |
| Account No. <br><br> **Illinois Department of Public Aid** <br> **509 S. 6th St.** <br> **Springfield, IL 62701** | | | **Representing:** <br> **Illinois Department of Public Aid** <br><br> Value $ | | | | **Notice Only** | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                         Subtotal            **1,321,687.96**            **434,158.68**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re      **Carmen Colao,**
      **Lucia E Colao**
                                        ,

Case No. _____

**Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-5543**<br><br>**Internal Revenue Service**<br>**Insolvency Division**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | J | **Tax Lien**<br><br>**57 W. Penny Road, South Barrington, IL 60010**<br><br>Value $         **200,000.00** | | | | **170,000.00** | **0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | | | **Representing:**<br>**Internal Revenue Service**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx8086**<br><br>**Rita Mae Zintak**<br>**11418 S. Rockwell**<br>**Chicago, IL 60655** | | J | **Judicial Lien**<br><br>**57 W. Penny Road, South Barrington, IL 60010**<br><br>Value $         **200,000.00** | | | | **10,496.00** | **10,496.00** |
| Account No.<br><br>**Matek and Mazar, LLC**<br>**77 W. Washington**<br>**Suite 1313**<br>**Chicago, IL 60602** | | | **Representing:**<br>**Rita Mae Zintak**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx4033**<br><br>**St. Joseph Hospital**<br>**2900 N. Lake Shore Drive**<br>**Chicago, IL 60657** | | J | **Judicial Lien**<br><br>**57 W. Penny Road, South Barrington, IL 60010**<br><br>Value $         **200,000.00** | | | X | **2,744.00** | **2,744.00** |

Sheet ___**2**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **183,240.00** | **13,240.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Carmen Colao,**
     **Lucia E Colao**                                                          Case No. _____

_____,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> St. Joseph Hospital <br> 4588 Paysphere Circle <br> Chicago, IL 60674 | | | | Representing: <br> St. Joseph Hospital <br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx1075** <br><br> VCNA PRAIRIE, INC <br> ATTN: ANN LOUISE STRAW <br> 7601 W 79TH ST <br> BRIDGEVIEW, IL 60455 | | | J | Judicial Lien <br><br> 57 W. Penny Road, South Barrington, IL 60010 <br><br> Value $      **200,000.00** | | | X | 30,663.17 | 30,663.17 |
| Account No. <br><br> Stein & Rotman <br> 105 W. Madison St., #605 <br> Chicago, IL 60602 | | | | Representing: <br> VCNA PRAIRIE, INC <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br><br><br> | | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | <br><br> Value $ | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 30,663.17 | 30,663.17 |
| Total <br> (Report on Summary of Schedules) | 1,543,061.85 | 478,061.85 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **Carmen Colao,**                                                            Case No. _____
  **Lucia E Colao**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Carmen Colao,**
         **Lucia E Colao**

Case No. _____

_____,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5922#** | | | **Taxes** | | | | | | |
| **Federal State Exchange Unit Illinois Dept of Revenue P.O. Box 19026 Springfield, IL 62794** | | J | | | | | 9,042.00 | | |
| | | | | | | | 9,042.00 | | 0.00 |
| Account No. **xxxxxxxxxxxx2x82#** | | | **Taxes** | | | | | | |
| **Federal State Exchange Unit Illinois Dept of Revenue P.O. Box 19026 Springfield, IL 62794** | | J | | | | | 7,210.00 | | |
| | | | | | | | 7,210.00 | | 0.00 |
| Account No. | | | **2000-11** | | | | | | |
| **Internal Revenue Service Insolvency Division PO Box 7346 Philadelphia, PA 19101-7346** | | J | **Taxes - Federal, State or Local** | | | | 180,783.00 | | |
| | | | | | | | 205,492.00 | | 24,709.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** | | | **Representing: Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 197,035.00 | |
| | 221,744.00 | 24,709.00 |
| Total (Report on Summary of Schedules) | 197,035.00 | |
| | 221,744.00 | 24,709.00 |

B6F (Official Form 6F) (12/07)

In re   **Carmen Colao,**
     **Lucia E Colao**

Case No. _____

                                Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7192** <br><br> **A/r Concepts** <br> **33 W Higgins Rd** <br> **South Barring, IL 60010** | | H | **Med1 02 Bright Light Radiology** | | | | 4,915.00 |
| Account No. **xx8350** <br><br> **A/r Concepts** <br> **33 W Higgins Rd** <br> **South Barring, IL 60010** | | H | **04 Municipality Hinsdale II** | | | | 150.00 |
| Account No. **Multiple Accounts** <br><br> **Alexian Brothers** <br> **1555 Barrington Road** <br> **Schaumburg, IL 60194** | | J | **Medical Bill** | | | | 15,582.37 |
| Account No. <br><br> **RCS, Inc.** <br> **PO Box 361230** <br> **Birmingham, AL 35236** | | | **Representing:** <br> **Alexian Brothers** | | | | **Notice Only** |

  **30**  continuation sheets attached

| | Subtotal (Total of this page) | **20,647.37** |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

S/N:30037-121017   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0971** | | | | Medical Bill | | | | |
| **AMCA** **PO Box 1235** **Elmsford, NY 10523-0935** | | | J | | | | | 93.38 |
| Account No. **xxxxxxxxxxx4693** | | | | Debt Owed | | | | |
| **American Chartered Bank** **1199 East Higgins Road** **Schaumburg, IL 60173** | | | J | | | | | 437.35 |
| Account No. | | | | Representing: **American Chartered Bank** | | | | |
| **Transworld Systems, Inc** **1375 E. Woodfield Rd., #110** **Schaumburg, IL 60173** | | | | | | | | Notice Only |
| Account No. | | | | Business Debt | | | | |
| **Aspen Exterior** **1400 E. Northwest Hwy** **Palatine, IL 60074** | | | J | | | | | 650.00 |
| Account No. **xx0996** | | | | Medical Bill | | | | |
| **Association in Pediatrics** **101 S. Summit Street** **Elgin, IL 60120** | | | J | | | | | 75.00 |

Sheet no. __1___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,255.73

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carmen Colao,**
        **Lucia E Colao**                                             Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts** | | | Medical Bill | | | | |
| **Athletico Ltd** **709 Enterprise Dr** **Oak Brook, IL 60523** | | J | | | | | 941.99 |
| Account No. | | | | | | | |
| **Transworld Systems** **507 Prudential Road** **Horsham, PA 19044** | | | Representing: Athletico Ltd | | | | Notice Only |
| Account No. | | | Judgment | | | | |
| **Belmont Central** **5559 W. Belmont Ave.** **Chicago, IL 60641** | | J | | | | | 1,224.00 |
| Account No. | | | | | | | |
| **Keith S. Shindler** **1990 E. Algonquin #180** **Schaumburg, IL 60173** | | | Representing: Belmont Central | | | | Notice Only |
| Account No. **xxxxx BLR 1** | | | Medical Bill | | | | |
| **Bright Light Rad** **PO Box 40** **McHenry, IL 60051** | | J | | | | | 650.00 |

Sheet no. __2___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 2,815.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
**Lucia E Colao**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx63N1**<br><br>**Capstone Credit Service**<br>**1900 Land O Lakes Blvd Ste 5**<br>**Lutz, FL 33549** | | H | **Opened  7/01/11**<br>**Collection Attorney Budget Self Storage-94** | | | | 630.00 |
| Account No.<br><br>**Budget Self Storage**<br>**1159 94th Ave. N**<br>**Saint Petersburg, FL 33702** | | | **Representing:**<br>**Capstone Credit Service** | | | | **Notice Only** |
| Account No. **xx-xxxxx1277**<br><br>**Central DuPage Hospital**<br>**25 N. Winfield Rd.**<br>**Winfield, IL 60190** | | J | **Medical Bill** | | | | 28,245.25 |
| Account No.<br><br>**Merchant's Credit**<br>**223 W. Jackson, Ste 400**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Central DuPage Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Chuck Giliberto**<br>**8012 S. New England**<br>**Burbank, IL 60459** | | J | **Judgment** | | | | 3,300.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,175.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
    **Lucia E Colao**
                                      ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chuck Giliberto**<br>**5622 W. 88th Place**<br>**Oak Lawn, IL 60453** | | | Representing:<br>**Chuck Giliberto** | | | | **Notice Only** |
| Account No. **Multiple accounts**<br><br>**City of Chicago**<br>**Office of the Comptroller**<br>**33 N. LaSalle St., Room 700**<br>**Chicago, IL 60602** | | J | **Debt Owed** | | | | **1,800.00** |
| Account No.<br><br>**City of Chicago**<br>**Department of Law**<br>**30 N. LaSalle Street, Suite 700**<br>**Chicago, IL 60602** | | | Representing:<br>**City of Chicago** | | | | **Notice Only** |
| Account No.<br><br>**Heller and Frisone, Ltd.**<br>**33 N. LaSalle St., Ste. 1200**<br>**Chicago, IL 60602-2779** | | | Representing:<br>**City of Chicago** | | | | **Notice Only** |
| Account No.<br><br>**CNA Surety**<br>**P.O. Box 5077**<br>**Sioux Falls, SD 57117** | | J | **2003**<br>**Business Debt** | | | | **4,387.00** |

Sheet no. __4___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,187.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carmen Colao,**
         **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Steven Fink & Assoc. PC**<br>**421 N. Northwest Highway**<br>**#201**<br>**Barrington, IL 60010** | | | Representing:<br>CNA Surety | | | | **Notice Only** |
| Account No. <br><br>**Steven J. Fink & Associates**<br>**25 E. Washington  St. # 1233**<br>**Chicago, IL 60602** | | | Representing:<br>CNA Surety | | | | **Notice Only** |
| Account No.  **xxx9799** <br><br>**Credtrs Coll**<br>**Po Box 63**<br>**Kankakee, IL 60901** | | H | Opened  5/01/11<br>CollectionAttorney Jonathan A. Senal  S.C. | | | | **550.00** |
| Account No. <br><br>**David Schein**<br>**512 S. Nawata Ave.**<br>**Mount Prospect, IL 60056** | | J | Judgment | | | | **1,200.00** |
| Account No.  **xxxxxxx4646** <br><br>**Dependon Collection Services**<br>**Attn: Bankruptcy**<br>**Po Box 4833**<br>**Oak Brook, IL 60523** | | H | Opened  7/01/11<br>CollectionAttorney North Suburban Gastroenterolog | | | | **1,813.00** |

Sheet no.  _**5**_  of  _**30**_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,563.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carmen Colao,**                                        Case No. _____
        **Lucia E Colao**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6270**<br><br>**Dependon Collection Services**<br>**Attn: Bankruptcy**<br>**Po Box 4833**<br>**Oak Brook, IL 60523** | | H | | Opened  6/01/11<br>CollectionAttorney Sch Laboratory Physicians S.C. | | | | 463.00 |
| Account No. **xx xx xx9236**<br><br>**Dona Wallace**<br>**2135 N. Mulligan**<br>**Chicago, IL 60639** | | J | | Judgment | | | | 4,230.62 |
| Account No.<br><br>**Deer, Stone, Maya PC.**<br>**130 S. Jefferson St, Ste 501**<br>**Chicago, IL 60661** | | | | Representing:<br>Dona Wallace | | | | Notice Only |
| Account No. **Multiple Accounts**<br><br>**Elmhurst Hospital**<br>**PO Box 92348**<br>**Chicago, IL 60675** | | J | | Medical Bill | | | | 8,565.05 |
| Account No.<br><br>**Computer Credit Inc.**<br>**PO Box 5238**<br>**Winston Salem, NC 27113** | | | | Representing:<br>Elmhurst Hospital | | | | Notice Only |

Sheet no. __6___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      13,258.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Miramed** <br>**991 Oak Creek Dr.** <br>**Lombard, IL 60148** | | | **Representing:** <br>**Elmhurst Hospital** | | | | **Notice Only** |
| Account No. **xxxx0600** <br><br>**Elmhurst Memorial** <br>**P.O. Box 4052** <br>**Carol Stream, IL 60197-4052** | | J | **Medical Bill** | | | | **24.40** |
| Account No. <br><br>**Miramed Revenue** <br>**P.O. Box 77000, Dept. 77304** <br>**Detroit, MI 48277** | | | **Representing:** <br>**Elmhurst Memorial** | | | | **Notice Only** |
| Account No. **xxxx4026** <br><br>**Elmhurst Memorial** <br>**P.O. Box 4052** <br>**Carol Stream, IL 60197-4052** | | J | **Medical Bill** | | | | **4,725.05** |
| Account No. <br><br>**Miramed Revenue** <br>**P.O. Box 77000, Dept. 77304** <br>**Detroit, MI 48277** | | | **Representing:** <br>**Elmhurst Memorial** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __7__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | **4,749.45** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
         **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Elmhurst Memorial Hospital 200 Berteau Avenue Elmhurst, IL 60126 | | J | | | | | | 0.00 |
| Account No. xxxx5677 | | | | Opened  6/01/12 CollectionAttorney Health Care Associates | | | | |
| Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | W | | | | | | 150.00 |
| Account No. xxxx x7084 | | | | Business Debt | | | | |
| Four Seasons Heating & Air Conditio 5701 W. 73rd Street Chicago, IL 60638 | | J | | | | | | 1,211.00 |
| Account No. | | | | Representing: Four Seasons Heating & Air Conditio | | | | |
| Equinox PO Box 470585 Tulsa, OK 74147 | | | | | | | | Notice Only |
| Account No. | | | | Notice Only | | | | |
| Frances Amato 9044 Crescent Ct Oak Lawn, IL 60453 | | J | | | | | | 0.00 |

| | |
|---|---|
| Sheet no. __8___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)     1,361.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| Law Offices of James G. Richert PC 10723 W 159Th St Orland Park, IL 60467-4531 | | | Frances Amato | | | | Notice Only |
| Account No. xxxx xx xx1455 | | | Judgment | | | | |
| Frank & Rosemary Passanti 9837 Massasoit Oak Lawn, IL 60453 | | J | | | | | 10,100.00 |
| Account No. xx x x0705 | | | Business Debt | | | | |
| Frank De Monte 509 S. Pine Mount Prospect, IL 60056 | | J | | | | | 5,000.00 |
| Account No. | | | Representing: | | | | |
| Faraci & Faraci 3 S. Prospect, #4 Park Ridge, IL 60068 | | | Frank De Monte | | | | Notice Only |
| Account No. | | | Judgment | | | | |
| Gottlieb Memorial Hospital P.O.Box 74867 Chicago, IL 60694-4867 | | J | | | | | 11,416.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,516.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Gottlieb Memorial Hospital**<br>**701 West North Ave**<br>**Melrose Park, IL 60160** | | | | Representing:<br>**Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis**<br>**180 N LaSalle St., Ste 2400**<br>**Chicago, IL 60601** | | | | Representing:<br>**Gottlieb Memorial Hospital** | | | | **Notice Only** |
| Account No. **Multiple Accounts**<br><br>**Gottlieb Hospital**<br>**701 W. North Ave.**<br>**Melrose Park, IL 60160** | J | | | **Medical Bill** | | | | **9,680.78** |
| Account No. <br><br>**CBCS**<br>**PO Box 2334**<br>**Columbus, OH 43216** | | | | Representing:<br>**Gottlieb Hospital** | | | | **Notice Only** |
| Account No. **xxxxx2091**<br><br>**Grant & Weber**<br>**26575 W. Agoura Rd.**<br>**Calabasas, CA 91302** | H | | | **Opened 10/01/10**<br>**CollectionAttorney Resurrection Medical Center** | | | | **417.00** |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,097.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
       **Lucia E Colao**
                                              ,

                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx5835**<br><br>**Grant & Weber**<br>**26575 W. Agoura Rd.**<br>**Calabasas, CA 91302** | | H | | | Opened 4/01/12<br>CollectionAttorney Resurrection Medical Center | | | | 120.00 |
| Account No. **xxxxx9152**<br><br>**Grant & Weber**<br>**26575 W. Agoura Rd.**<br>**Calabasas, CA 91302** | | H | | | Opened 5/01/12<br>CollectionAttorney Resurrection Medical Center | | | | 120.00 |
| Account No. **xxxxx5833**<br><br>**Grant & Weber**<br>**26575 W. Agoura Rd.**<br>**Calabasas, CA 91302** | | H | | | Opened 4/01/12<br>CollectionAttorney Resurrection Medical Center | | | | 96.00 |
| Account No. **xxxx3252**<br><br>**Harris & Harris, Ltd**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | J | | Medical Bill | | | | 303.75 |
| Account No.<br><br>**Hoffman Estates Medical Center**<br>**1555 N. Barrington Rd.**<br>**Hoffman Estates, IL 60194** | | | J | | Medical Bill | | | | 775.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
      (Total of this page)

1,414.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**                                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **NCO Financial** **PO Box 7172** **Dublin, OH 43017** | | | Representing: **Hoffman Estates Medical Center** | | | | **Notice Only** |
| Account No. **xxxxxxx3001** | | | **Opened  1/01/12** **CollectionAttorney Padmini Thakkar** | | | | |
| **IC Systems Inc** **Po Box 64378** **St. Paul, MN 55164** | | W | | | | | **42.00** |
| Account No. **x9204** | | | | | | | |
| **Padmini Thakkar** **300 Fox Glen** **Barrington, IL 60010** | | | Representing: **IC Systems Inc** | | | | **Notice Only** |
| Account No. **xxxx xx xx9081** | | | **Judgment** | | | | |
| **ICSC** **120 S. State Street, #200** **Chicago, IL 60603** | | J | | | | | **8,638.46** |
| Account No. | | | | | | | |
| **Weisman Howard Dean** **120 S. State Street, #200** **Chicago, IL 60603** | | | Representing: **ICSC** | | | | **Notice Only** |

Sheet no. __**12**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **8,680.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**
                                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. **xxxx1098** <br><br> **Illinois Collection Services** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | | | Opened  8/01/11 <br> CollectionAttorney Rmc Pathology Associates | | | | 578.00 |
| Account No. **xxxx7066** <br><br> **Illinois Collection Services** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | | | Opened  7/01/12 <br> CollectionAttorney Uropartners Llc D/B/A Northwes | | | | 270.00 |
| Account No. **xxxx1594** <br><br> **Illinois Collection Services** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | | | Opened 12/01/11 <br> CollectionAttorney Resurrection Medical Center | | | | 153.00 |
| Account No. **xxxx9429** <br><br> **Illinois Collection Services** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | | | Opened 12/01/11 <br> CollectionAttorney Resurrection Medical Center | | | | 112.00 |
| Account No. **xxxx2383** <br><br> **Illinois Collection Services** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | H | | | Opened  8/01/11 <br> CollectionAttorney Uropartners  Llc D/B/A Patholo | | | | 90.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   1,203.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4881<br><br>Illinois Collection Services<br>Po Box 1010<br>Tinley Park, IL 60477 | | H | Opened 7/01/12<br>CollectionAttorney Resurrection Medical Center | | | | 64.00 |
| Account No.<br><br>Illinois Convenience Center<br>6624 W. Irving Park Rd.<br>Chicago, IL 60634 | | J | Judgment | | | | 5,400.00 |
| Account No.<br><br>Howard Dean Weisman<br>120 S. State, #200<br>Chicago, IL 60603 | | | Representing:<br>Illinois Convenience Center | | | | Notice Only |
| Account No.<br><br>Weltman, Weinberg & Reis<br>180 N LaSalle St., Ste 2400<br>Chicago, IL 60601 | | | Representing:<br>Illinois Convenience Center | | | | Notice Only |
| Account No. xx1821<br><br>Joy Coleman<br>Elmhurst Memorial Hospital<br>200 North Berteau Avenue<br>Elmhurst, IL 60126 | | J | Medical Bill | | | | 176.38 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,640.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Nuclear Oncology** 15 Salt Creek Lane #119 Hinsdale, IL 60521 | | | | Representing: Joy Coleman | | | | **Notice Only** |
| Account No. **xx2544** **Keith L.Komnick, MD** 1575 Barrington Road, 410 Hoffman Estates, IL 60169 | J | | | Medical Bill | | | | **150.00** |
| Account No. **NWHC Business** 2360 Hassell Road Hoffman Estates, IL 60192 | | | | Representing: Keith L.Komnick, MD | | | | **Notice Only** |
| Account No. **xx6596** **Lou Harris Company** 1040 S Milwaukee Ave Suite 110 Wheeling, IL 60090 | H | | | Opened  5/01/11 CollectionAttorney Midwest Clinical Imaging - Rad | | | | **37.00** |
| Account No. **Multiple Accounts** **Louis Capozzoli** 1484 Miner Street Des Plaines, IL 60016 | J | | | Attorney Fees | | | | **6,304.00** |

Sheet no. __**15**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,491.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
**Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts**<br><br>**Loyola Hospital**<br>**2160 S. 1st Avenue, #150**<br>**Maywood, IL 60153** | | J | **Medical Bill** | | | | **2,924.43** |
| Account No.<br><br>**Nationwide Credit & Collection Inc.**<br>**815 Commerce Dr., Ste 100**<br>**Oak Brook, IL 60523** | | | **Representing:**<br>**Loyola Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxxx0072**<br><br>**Loyola Univ. Physician Fdn.**<br>**PO Box 99400**<br>**Louisville, KY 40269** | | J | **Medical/Dental Service** | | | | **337.88** |
| Account No. **xxxxxxxx0079**<br><br>**Loyola University Health System**<br>**P.O. Box 3021**<br>**Milwaukee, WI 53201-3021** | | J | **Medical or Dental Services** | | | | **658.00** |
| Account No. **xxx6393**<br><br>**Loyola University Medical Center**<br>**PO Box 3266**<br>**Milwaukee, WI 53201** | | J | **Medical or Dental Services** | | | | **200.00** |

Sheet no. __**16**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,120.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
      **Lucia E Colao**
                                        ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**M.O. Landscaping**<br>**104 S. Lincoln**<br>**Mundelein, IL 60060** | | J | **Business Debt** | | | | 3,625.00 |
| Account No. **xxx x0380** <br><br>**MEA-AEA LLC**<br>**PO Box 366**<br>**Oak Brook, IL 60522** | | J | **Debt Owed** | | | | 30.80 |
| Account No. **xxxxxx1277** <br><br>**Merchants Credit Guide**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | H | **Opened  5/01/12**<br>**CollectionAttorney Central Dupage Hospital** | | | | 15,347.00 |
| Account No. **xxxxxx1745** <br><br>**Merchants Credit Guide**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | H | **Opened  5/01/12**<br>**CollectionAttorney Central Dupage Hospital** | | | | 12,897.00 |
| Account No. <br><br>**Michael Barnett**<br>**3046 N. Odell**<br>**Chicago, IL 60707** | | J | **2010**<br>**Business Debt** | | | | 5,700.00 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
       (Total of this page)       **37,599.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
    **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3686**<br><br>Michael Whelan<br>2860 River Rd, Ste 240<br>Des Plaines, IL 60018 | | J | Business Debt | | | | 11,335.00 |
| Account No. **xx1427**<br><br>Midwest Sports Medicine<br>P.O.Box 807<br>Elk Grove Village, IL 60009-0807 | | J | Medical Bill | | | | 1,109.00 |
| Account No.<br><br>Transworld Systems Inc.<br>25 Northwest Point Blvd., Ste. 750<br>Elk Grove Village, IL 60007 | | | Representing:<br>Midwest Sports Medicine | | | | Notice Only |
| Account No. **xxx8102**<br><br>MRSI<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018 | | H | Opened  7/01/11<br>CollectionAttorney Winfield Pathology Consultants | | | | 2,497.00 |
| Account No.<br><br>Winfield Pathology Consultants Sc<br>25 N Winfield Rd<br>Winfield, IL 60190 | | | Representing:<br>MRSI | | | | Notice Only |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,941.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
      **Lucia E Colao**
                                                  ,
                         Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Winfield Radiology Consultants,SC**<br>**6910 S Madison St**<br>**Willowbrook, IL 60527** | | | **Representing:**<br>**MRSI** | | | | **Notice Only** |
| Account No. **xxxxxxx5364**<br><br>**Nationwide Credit & Co**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | | H | Opened  1/01/09<br>**CollectionAttorney Midwest Sports Medicine** | | | | **668.00** |
| Account No. **xxxxxxx5363**<br><br>**Nationwide Credit & Co**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | | H | Opened  1/01/09<br>**CollectionAttorney Midwest Sports Medicine** | | | | **324.00** |
| Account No. **xxxxxxx0617**<br><br>**Nationwide Credit & Co**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | | W | Opened  5/01/12<br>**CollectionAttorney Loyola University Health Sys.** | | | | **268.00** |
| Account No. **xxxxxxx4730**<br><br>**Nationwide Credit & Co**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | | W | Opened  2/01/12<br>**CollectionAttorney Loyola University Health Sys.** | | | | **126.00** |

Sheet no. **19** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,386.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
        **Lucia E Colao**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5365**<br><br>**Nationwide Credit & Co**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL 60523** | | H | **Opened  1/01/09**<br>**CollectionAttorney Midwest Sports Medicine** | | | | 92.00 |
| Account No.<br><br>**Nationwide Credit Collection**<br>**815 Commerce Dr**<br>**Ste 1500**<br>**Oak Brook, IL 60523** | | J | **Debt Owed** | | | | 159.24 |
| Account No. **xxxx3051**<br><br>**NCO**<br>**2703 N Highway 75**<br>**Sherman, TX 75091** | | H | **Opened  9/01/10**<br>**CollectionAttorney Med1 02 Gladden Emergency Physicians** | | | | 508.00 |
| Account No. **xxxx3052**<br><br>**NCO**<br>**2703 N Highway 75**<br>**Sherman, TX 75091** | | H | **Opened  9/01/10**<br>**CollectionAttorney Med1 02 Gladden Emergency Physicians** | | | | 55.00 |
| Account No. **113**<br><br>**Norman's Cleaners**<br>**1714 W. Algonquin**<br>**Hoffman Estates, IL 60192** | | J | **Business Debt** | | | | 475.32 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,289.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
    **Lucia E Colao**

Case No. _____

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx536-1** <br><br> **Northshore Hospital** <br> **9600 Gross Point Road** <br> **Skokie, IL 60076** | | J | **Medical Bill** | | | | **2,636.10** |
| Account No. <br><br> **Pinnacle Management Goods or Servic** <br> **514 Market Loop, Ste. 103** <br> **West Dundee, IL 60118** | | | **Representing:** <br> **Northshore Hospital** | | | | **Notice Only** |
| Account No. **xxxxxx7274** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | **Opened  3/01/11** <br> **CollectionAttorney Elmhurst Radiologists  S.C.** | | | | **473.00** |
| Account No. **xxxxxx0748** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | **Med1 02 Elmhurst Radiologists S C** | | | | **347.00** |
| Account No. **xxxxxx1708** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | **Opened  4/01/12** <br> **CollectionAttorney Schiller Park Police Dept.** | | | | **200.00** |

Sheet no. __**21**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,656.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carmen Colao,**
      **Lucia E Colao**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5339** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | Opened  3/01/12 <br> CollectionAttorney Village Of Rosemont. | | | | 200.00 |
| Account No. **xxxxxx1282** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | Opened 11/01/11 <br> CollectionAttorney Elmhurst Radiologists  S.C. | | | | 152.00 |
| Account No. **xxxxxx3647** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd. Suite 232** <br> **Rolling Meadows, IL 60008** | | H | Opened  3/01/12 <br> CollectionAttorney Suburban Associates In Opthalm | | | | 137.00 |
| Account No. **xEC08** <br><br> **Northwest Orthopaedic Assoc. Ltd.** <br> **7447 W. Talcott Ave.** <br> **Chicago, IL 60631-3745** | | J | Medical Bill | | | | 38.40 |
| Account No. <br><br> **DPS** <br> **223 W. Jackson** <br> **Chicago, IL 60606** | | | Representing: <br> **Northwest Orthopaedic Assoc. Ltd.** | | | | **Notice Only** |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

527.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Carmen Colao,**
     **Lucia E Colao**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1286** | | | | | Medical Bill | | | | |
| Nova's & Associates 111 Lions Drive, #210 Barrington, IL 60010 | | | J | | | | | | 811.40 |
| Account No. **x2132** | | | | | Medical/Dental Services | | | | |
| Nuclear Oncology 15 Salt Creek Hinsdale, IL 60521 | | | J | | | | | | 6,748.39 |
| Account No. **xxxx1868** | | | | | Opened 2/01/11 CollectionAttorney Radiology Consultants Woodstoc | | | | |
| Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | W | | | | | | | 61.00 |
| Account No. | | | | | Business Debt | | | | |
| Ozinga Ready Mix 19001 Old LaGrange Road, Suite 300 Mokena, IL 60448 | | H | | | | | | | 38,083.55 |
| Account No. | | | | | Representing: Ozinga Ready Mix | | | | |
| Raphael Yalden 1318 E. State St. Saint Petersburg, FL 33702 | | | | | | | | | Notice Only |

Sheet no. __23__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          45,704.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
    **Lucia E Colao**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3724**<br><br>**Professional Adjustmen**<br>**2504 Highway 44 W Ste 2**<br>**Inverness, FL 34453** | | H | Opened  6/01/10<br>CollectionAttorney City St. Petersburg | | | | 98.00 |
| Account No. **xxxx1801**<br><br>**Professnl Acct Mgmt In**<br>**Pam Po Box 391**<br>**Milwaukee, WI 53201** | | H | Opened  5/01/09<br>CollectionAttorney City Of Clearwater Parking Sys | | | | 45.00 |
| Account No. **Multiple Accounts**<br><br>**Quest Diagnostics**<br>**PO Box 809403**<br>**Chicago, IL 60680** | | J | Medical Bill | | | | 471.55 |
| Account No. **Multiple Accounts**<br><br>**Radiologist Consultants**<br>**9410 Compubill Dr.**<br>**Orland Park, IL 60462** | | J | Medical Bill | | | | 463.00 |
| Account No.<br><br>**St. Alexius Medical Center**<br>**1555 Barrington Rd.**<br>**Hoffman Estates, IL 60194** | | | Representing:<br>Radiologist Consultants | | | | **Notice Only** |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,077.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
     **Lucia E Colao**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **State Collection Service** PO Box 6250 Madison, WI 53716-0250 | | | | Representing: **Radiologist Consultants** | | | | **Notice Only** |
| Account No. **xxxx8226** **Receivables Performanc** 20816 44th Ave W Lynnwood, WA 98036 | | J | | Opened  7/01/12 CollectionAttorney Sprint | | | | **2,204.00** |
| Account No. **Multiple Accounts** **Resurrection Hospital** 7435 W. Talcott Ave. Chicago, IL 60631 | | J | | Medical Bill | | | | **2,070.60** |
| Account No. **xxxx xx xx6773** **Rita M. Zintak** 11418 S. Rockwell Chicago, IL 60655 | | J | | Judgment | | | | **25,496.00** |
| Account No. **Legal Assistance Foundation** 111 W. Jackson Blvd., 3rd Flr Chicago, IL 60604 | | | | Representing: **Rita M. Zintak** | | | | **Notice Only** |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,770.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carmen Colao,**
        **Lucia E Colao**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Legal Assistance Foundation** 120 S. LaSalle, #900 Chicago, IL 60603 | | | | Representing: Rita M. Zintak | | | | **Notice Only** |
| Account No. **Matek and Mazar, LLC** 77 W. Washington Suite 1313 Chicago, IL 60602 | | | | Representing: Rita M. Zintak | | | | **Notice Only** |
| Account No. **Robert Felsenthral** 1025 N. Knight Ave. Park Ridge, IL 60068 | J | | | Business Debt | | | | **3,900.00** |
| Account No. **xxxxxxx0032** **Rush Medical Center** 1700 W. Van Buren Chicago, IL 60612 | J | | | Medical Bill | | | | **66.40** |
| Account No. **Recovery Resources** 830 Meacham Rd. Schaumburg, IL 60173 | | | | Representing: Rush Medical Center | | | | **Notice Only** |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,966.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**                                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Salvatore Suriano** 5915 N. Medina Ave. Chicago, IL 60646 | | J | Loan | | | | 6,000.00 |
| Account No. **Multiple Accounts** **St. Alexius Hospital** 1555 Barrington Road Hoffman Estates, IL 60169 | | J | Medical Bills | | | | 8,543.10 |
| Account No. **Computer Credit Inc.** Claim Dept. 640 W. 4th St., P.O. Box 5238 Winston Salem, NC 27113-5238 | | | Representing: St. Alexius Hospital | | | | Notice Only |
| Account No. **Harris & Harris** 600 W. Jackson Blvd, Ste 400 Chicago, IL 60661 | | | Representing: St. Alexius Hospital | | | | Notice Only |
| Account No. **Malcolm S. Gerald and Assoc.** 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 | | | Representing: St. Alexius Hospital | | | | Notice Only |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,543.10

B6F (Official Form 6F) (12/07) - Cont.

In re **Carmen Colao,**
    **Lucia E Colao**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MEA-AEA, LLC <br>PO Box 366 <br>Hinsdale, IL 60522** | | | **Representing:** <br>St. Alexius Hospital | | | | **Notice Only** |
| Account No. <br><br>**Neopath, SC <br>520 E. 22nd Street <br>Lombard, IL 60148** | | | **Representing:** <br>St. Alexius Hospital | | | | **Notice Only** |
| Account No. **Multiple Accounts** <br><br>**St. Alexius Medical Center <br>21219 Network Place <br>Chicago, IL 60673** | J | | **Medical Bill** | | | | **4,000.75** |
| Account No. **xx xx xx8621** <br><br>**St. Joseph Hospital <br>2900 N. Lake Shore Drive <br>Chicago, IL 60657** | J | | **Judgment** | | | | **2,744.00** |
| Account No. <br><br>**James T Gately <br>8233 West 185th Street <br>Tinley Park, IL 60487** | | | **Representing:** <br>St. Joseph Hospital | | | | **Notice Only** |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,744.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carmen Colao,**
       **Lucia E Colao**
                                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4033**<br><br>**St. Joseph Hospital**<br>**4588 Paysphere Circle**<br>**Chicago, IL 60674** | | | Representing:<br>St. Joseph Hospital | | | | **Notice Only** |
| Account No.<br><br>**St. Joseph Medical Center**<br>**333 N. Madison St.**<br>**Joliet, IL 60435-6595** | | | Representing:<br>St. Joseph Hospital | | | | **Notice Only** |
| Account No.<br><br>**Susan Kautz**<br>**817 Park Plaine**<br>**Park Ridge, IL 60068** | | H | **Business Debt** | | | | **1,400.00** |
| Account No.<br><br>**Susan M. Kautz**<br>**817 Park Plaine**<br>**Park Ridge, IL 60068** | | J | **2011-12**<br>**Business Debt** | | | X | **1,577.00** |
| Account No. **xxxx3430**<br><br>**Systems & Services Tech.**<br>**4315 Pickett Road**<br>**Saint Joseph, MO 64503** | | J | **Debt Owed** | | | | **920.30** |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **3,897.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carmen Colao,**
     **Lucia E Colao**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx9671**  **Wilsons Fencing** **6007 Chestnut Ct** **Crystal Lake, IL 60014** | | | J | | **Business Debt** | | | | **3,150.00** |
| Account No.  **Transworld Systems** **PO Box 4903** **Trenton, NJ 08650** | | | | | **Representing:** **Wilsons Fencing** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| Sheet no. __**30**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,150.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **318,431.04** |

B6G (Official Form 6G) (12/07)

In re    **Carmen Colao,**                                                              Case No. _____
         **Lucia E Colao**
_____,
                                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Carmen Colao,**
      **Lucia E Colao**
                                                                  Case No. _____

_____,
                                          Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Carmen Colao**
**Lucia E Colao**        Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**15**<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Self-employed** |
| Name of Employer | | |
| How long employed | | **6 months** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|      b. Insurance | $ 0.00 | $ 0.00 |
|      c. Union dues | $ 0.00 | $ 0.00 |
|      d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,800.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,800.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,800.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,800.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Carmen Colao**
**Lucia E Colao**            Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
|     a. Are real estate taxes included? | Yes ___ | No **X** | |
|     b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 440.00 |
|              b. Water and sewer | | $ | 0.00 |
|              c. Telephone | | $ | 100.00 |
|              d. Other  **See Detailed Expense Attachment** | | $ | 190.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 300.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 500.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|              a. Homeowner's or renter's | | $ | 0.00 |
|              b. Life | | $ | 0.00 |
|              c. Health | | $ | 492.00 |
|              d. Auto | | $ | 372.00 |
|              e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|        (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|              a. Auto | | $ | 0.00 |
|              b. Other | | $ | 0.00 |
|              c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 4,800.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ | 735.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,529.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,800.00 |
| b.   Average monthly expenses from Line 18 above | $ | 8,529.00 |
| c.   Monthly net income (a. minus b.) | $ | -6,729.00 |

B6J (Official Form 6J) (12/07)

In re   **Carmen Colao**
    **Lucia E Colao**                           Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cable/Internet | $ 65.00 |
| Cell phones | $ 125.00 |
| **Total Other Utility Expenditures** | $ **190.00** |

**Other Expenditures:**

| | |
|---|---:|
| Auto Repairs / Maintenence | $ 60.00 |
| Haircuts / Personal Care | $ 60.00 |
| Tolls | $ 100.00 |
| Parking | $ 60.00 |
| Tuition/school expenses | $ 400.00 |
| After-school programs | $ 55.00 |
| **Total Other Expenditures** | $ **735.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Carmen Colao**
    **Lucia E Colao**

Debtor(s)

Case No. _____

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **50**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 26, 2012**         Signature    **/s/ Carmen Colao**
                                               **Carmen Colao**
                                             Debtor

Date   **November 26, 2012**         Signature    **/s/ Lucia E Colao**
                                               **Lucia E Colao**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao**
      **Lucia E Colao**                          Case No.
                              Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2012 YTD: Husband Business Income** |
| $135,000.00 | **2011: Husband Business Income** |
| $140,000.00 | **2010: Husband Business Income** |
| $19,000.00 | **2012 YTD: Wife's business income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$26,221.00** | **2010 Gambling winnings** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Frank De Monte v. Carmen's Concrete Repair and Tile Specialists, Inc. et al., Case No. 2011-M2-000705** | **Contract** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| **Chuck Giliberto v. Carmen's Concrete Repair and Tile Specialists, Inc., Csse No. 2012-M5-000167** | **Contract** | **Circuit Court of Cook County** | **Pending** |
| **Eastern Savings Bank FSB v. Carmen Colao et al., Case No. 2010-CH-44651** | **Foreclosure** | **Circuit Court of Cook County** | **Judgment for plaintiff** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Frank & Rosemary Passananti v. Carmen's Concrete, Case No. 2011 M5 001455** | **Contract** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| **Susan M. Kautz v. Carmen's Concrete, Case No. 2012-M2-002164** | **Contract** | **Circuit Court of Cook County** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU**<br>**200 S. Michigan Avenue, Suite 209**<br>**Chicago, IL 60604-2406** | **11/2012** | **$4,000.00** |
| **Greenpath Debt Solutions**<br>**38505 Country Club Drive, Suite 210**<br>**Farmington, MI 48331** | **11/2012** | **$50** |
| **CIN Legal Data Services**<br>**4540 Honeywell Ct**<br>**Dayton, OH 45424** | **11/2012** | **$40** |

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sergio Martinez**<br>**4302 Hickory Rd.**<br>**Mishawaka, IN 46546**<br>None | **11/19/2012** | **2004 Ford F350, sold for $4,500** |

None ☐ ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **3506 RIVER ROAD LLC** | 27-3360048 | **C/O DONALD A. SMITH 241 GOLF MILL PROF BLDG, #800 NILES, IL 60714** | **Warehouse** | **4/1/2008-present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CARMEN'S CONCRETE REPAIR AND TILE SPECIA** | 36-4297429 | **ATTN: DONALD A SMITH 241 GOLF MILL PROFESIONAL #800 NILES, IL 60714** | **Concrete repairs & services** | **3/4/1996-8/10/2012 (involuntary dissolution)** |
| **CARMEN & SONS CONCRETE, LLC** | 46-1435599 | **C/O LUCIA COLAO 3506 RIVER RD FRANKLIN PARK, IL 60131** | **Concrete repairs & services** | **11/2012-present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                             DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
**Lucia Colao**                                      **3506 River Rd.
                                                     Franklin Park, IL 60131**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                 DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

8

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 26, 2012**                Signature  **/s/ Carmen Colao**

**Carmen Colao**

Debtor


Date  **November 26, 2012**                Signature  **/s/ Lucia E Colao**

**Lucia E Colao**

Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao**
      **Lucia E Colao**

               Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Eastern Savings Bank, FSB** | **Describe Property Securing Debt:**<br>**Location: 55 W. Penny Road, South Barrington IL 60010** |
| Property will be (check one):<br>  ☐ Surrendered            ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ■ Other. Explain  **Maintain payments without reaffirmation**  (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ■ Claimed as Exempt            ☐ Not claimed as exempt | |

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 26, 2012**

Signature   **/s/ Carmen Colao**
               **Carmen Colao**
               Debtor

Date   **November 26, 2012**

Signature   **/s/ Lucia E Colao**
               **Lucia E Colao**
               Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao**
**Lucia E Colao**

Case No.

Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]
        **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Adversary proceedings; conversion; post-discharge litigation; appeals**
        **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 26, 2012**

**/s/ Xiaoming Wu ARDC No.**
**Xiaoming Wu ARDC No. 6274335**
**LEDFORD & WU**
**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**
**(312) 294-4400   Fax: (312) 294-4410**
**notice@ledfordwu.com**

---



**LEDFORD & WU**
200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## CONSULTATION AGREEMENT

FOR OFFICE USE
Client No. 34139
Interviewing Attorney: Ku
Date: 11/17/12

*THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))*

1. **Parties**: In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys.

2. **Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, including filing bankruptcy.  This agreement is for purposes of that consultation only.

3. **Client's Duties:** In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

4. **Services**: The attorney agrees to provide Client with the following services:

    a.  analyzing Client's financial circumstances based on information provided by Client;

    b.  to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

    c.  if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

    d.  advising Client of the requirements placed upon Client to file a bankruptcy; and

    e.  to the extent possible, quoting a fee for providing bankruptcy assistance to Client

5. **Fees (check one):**

    ___✓___  A consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview

    _____  Client agrees to pay $_____ in nonrefundable consultation fee

In the event that Client decides to retain Attorney in order to file a bankruptcy case, a new written contract, and a Model Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the services to be performed by Attorney and a breakdown of the costs.

6. **Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

X _Lucia Colazo_     X _____  Date: 11/17/12

Copyright © 2011  Ledford & Wu

LEDFORD & WU
200 S. Michigan Ave Suite 200, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

FOR OFFICE USE (7)
Client No. 3439
Responsible attorney: 3469

# ATTORNEY RETENTION CONTRACT

**1. Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

**2. Services:** Client retains Attorney for the following services:
☑ Chapter 7 (liquidation)  ☐ Chapter 13 (debt adjustment)  ☐ Chapter 11 (reorganization)  ☐ Other (specify): _____

**3. Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

**4. Fees:**
☑ Chapter 7: $ 4,000 FLUS $306 filing fee (court cost)
☐ Chapter 13: $ _____ PLUS $281 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify): _____ ): $ _____ PLUS $ _____ filing fee (court cost)
☑ Expenses: $ 90 +ff (merged credit report, credit counseling, debtor education, postage and copying)
TOTAL: $ 4,090 +ff less retainer received: $ 100 — Fee balance: $ 3,090 +ff To be paid by: 11/30/12
The legal fee is an ☑ advance payment retainer ☐ security payment retainer ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.

The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

**5. Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
CC PC ___ The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
CC PC ___ The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
CC PC ___ The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
CC PC ___ *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
___ Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

**6. Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

**7. Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and _____.

**8. Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _____  X _____  Date: 11/17/12
11-17-12

Copyright © 2012 Ledford & Wu

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carmen Colao**
**Lucia E Colao**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Carmen Colao**
**Lucia E Colao**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Carmen Colao**        **November 26, 2012**
_____
Signature of Debtor        Date

X   **/s/ Lucia E Colao**        **November 26, 2012**
_____
Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Carmen Colao**
      **Lucia E Colao**                        Case No. _____

                             Debtor(s)       Chapter     **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 26, 2012**            **/s/ Carmen Colao** _____
                                    **Carmen Colao**
                                    Signature of Debtor

Date:   **November 26, 2012**            **/s/ Lucia E Colao** _____
                                    **Lucia E Colao**
                                    Signature of Debtor

A/r Concepts
33 W Higgins Rd
South Barringt, IL 60010


Alexian Brothers
1555 Barrington Road
Schaumburg, IL 60194


AMCA
PO Box 1235
Elmsford, NY 10523-0935


American Chartered Bank
1199 East Higgins Road
Schaumburg, IL 60173


Aspen Exterior
1400 E. Northwest Hwy
Palatine, IL 60074


Association in Pediatrics
101 S. Summit Street
Elgin, IL 60120


Athletico Ltd
709 Enterprise Dr
Oak Brook, IL 60523


Belmont Central
5559 W. Belmont Ave.
Chicago, IL 60641


Bright Light Rad
PO Box 40
McHenry, IL 60051


Budget Self Storage
1159 94th Ave. N
Saint Petersburg, FL 33702


Capstone Credit Service
1900 Land O Lakes Blvd Ste 5
Lutz, FL 33549

CBCS
PO Box 2334
Columbus, OH 43216


Central DuPage Hospital
25 N. Winfield Rd.
Winfield, IL 60190


Chuck Giliberto
8012 S. New England
Burbank, IL 60459


Chuck Giliberto
5622 W. 88th Place
Oak Lawn, IL 60453


City of Chicago
Office of the Comptroller
33 N. LaSalle St., Room 700
Chicago, IL 60602


City of Chicago
Department of Law
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


CNA Surety
P.O. Box 5077
Sioux Falls, SD 57117


Computer Credit Inc.
Claim Dept.
640 W. 4th St., P.O. Box 5238
Winston Salem, NC 27113-5238


Computer Credit Inc.
PO Box 5238
Winston Salem, NC 27113


Cook County Collector
118 N. Clark St., Room 112
Chicago, IL 60602-1395

Cook County Treasurer
118 N. Clark St., Room 112
Chicago, IL 60602


County Clerk,Real Estate & Tax Svcs
Cook County Building, 4th Floor
118 N. Clark St.
Chicago, IL 60602


Credtrs Coll
Po Box 63
Kankakee, IL 60901


David Orr
Clerk of Cook County
69 W. Washington, Suite 500
Chicago, IL 60602


David Schein
512 S. Nawata Ave.
Mount Prospect, IL 60056


Deer, Stone, Maya PC.
130 S. Jefferson St, Ste 501
Chicago, IL 60661


Dependon Collection Services
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523


Dona Wallace
2135 N. Mulligan
Chicago, IL 60639


DPS
223 W. Jackson
Chicago, IL 60606


Eastern Savings Bank, FSB
Executive Plaza II
11350 McCormick Road, Suite 200
Hunt Valley, MD 21031

Elmhurst Hospital
PO Box 92348
Chicago, IL 60675


Elmhurst Memorial
P.O. Box 4052
Carol Stream, IL 60197-4052


Elmhurst Memorial Hospital
200 Berteau Avenue
Elmhurst, IL 60126


Equinox
PO Box 470585
Tulsa, OK 74147


Faraci & Faraci
3 S. Prospect, #4
Park Ridge, IL 60068


Federal State Exchange Unit
Illinois Dept of Revenue
P.O. Box 19026
Springfield, IL 62794


Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Four Seasons Heating & Air Conditio
5701 W. 73rd Street
Chicago, IL 60638


Frances Amato
9044 Crescent Ct
Oak Lawn, IL 60453


Frank & Rosemary Passanti
9837 Massasoit
Oak Lawn, IL 60453


Frank De Monte
509 S. Pine
Mount Prospect, IL 60056

Gottleib Memorial Hospital
P.O.Box 74867
Chicago, IL 60694-4867


Gottleib Memorial Hospital
701 West North Ave
Melrose Park, IL 60160


Gottlieb Hospital
701 W. North Ave.
Melrose Park, IL 60160


Grant & Weber
26575 W. Agoura Rd.
Calabasas, CA 91302


Gregory Keefer
5115 W. Nashville
Chicago, IL 60656


Harris & Harris
600 W. Jackson Blvd, Ste 400
Chicago, IL 60661


Harris & Harris, Ltd
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Heller and Frisone, Ltd.
33 N. LaSalle St., Ste. 1200
Chicago, IL 60602-2779


Hoffman Estates Medical Center
1555 N. Barrington Rd.
Hoffman Estates, IL 60194


Howard Dean Weisman
120 S. State, #200
Chicago, IL 60603


IC Systems Inc
Po Box 64378
St. Paul, MN 55164

```
ICSC
120 S. State Street, #200
Chicago, IL 60603


Illinois Collection Services
Po Box 1010
Tinley Park, IL 60477


Illinois Convenience Center
6624 W. Irving Park Rd.
Chicago, IL 60634


Illinois Department of Public Aid
State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197-5400


Illinois Department of Public Aid
509 S. 6th St.
Springfield, IL 62701


Internal Revenue Service
Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


James T Gately
8233 West 185th Street
Tinley Park, IL 60487


Johnson, Blumberg & Associate, LLC
230 W. Monroe Street, Suite 1125
Chicago, IL 60606


Joy Coleman
Elmhurst Memorial Hospital
200 North Berteau Avenue
Elmhurst, IL 60126
```

Keith L.Komnick, MD
1575 Barrington Road, 410
Hoffman Estates, IL 60169


Keith S. Shindler
1990 E. Algonquin #180
Schaumburg, IL 60173


Law Offices of James G. Richert PC
10723 W 159Th St
Orland Park, IL 60467-4531


Legal Assistance Foundation
111 W. Jackson Blvd., 3rd Flr
Chicago, IL 60604


Legal Assistance Foundation
120 S. LaSalle, #900
Chicago, IL 60603


Lou Harris Company
1040 S Milwaukee Ave Suite 110
Wheeling, IL 60090


Louis Capozzoli
1484 Miner Street
Des Plaines, IL 60016


Loyola Hospital
2160 S. 1st Avenue, #150
Maywood, IL 60153


Loyola Univ. Physician Fdn.
PO Box 99400
Louisville, KY 40269


Loyola University Health System
P.O. Box 3021
Milwaukee, WI 53201-3021


Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201

M.O. Landscaping
104 S. Lincoln
Mundelein, IL 60060


Malcolm S. Gerald and Assoc.
332 S. Michigan Ave., Suite 600
Chicago, IL 60604


Matek and Mazar, LLC
77 W. Washington
Suite 1313
Chicago, IL 60602


MEA-AEA LLC
PO Box 366
Oak Brook, IL 60522


MEA-AEA, LLC
PO Box 366
Hinsdale, IL 60522


Merchant's Credit
223 W. Jackson, Ste 400
Chicago, IL 60606


Merchants Credit Guide
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Michael Barnett
3046 N. Odell
Chicago, IL 60707


Michael Whelan
2860 River Rd, Ste 240
Des Plaines, IL 60018


Midwest Sports Medicine
P.O.Box 807
Elk Grove Village, IL 60009-0807


Miramed
991 Oak Creek Dr.
Lombard, IL 60148

Miramed Revenue
P.O. Box 77000, Dept. 77304
Detroit, MI 48277


MRSI
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Nationwide Credit & Co
815 Commerce Dr Ste 100
Oak Brook, IL 60523


Nationwide Credit & Collection Inc.
815 Commerce Dr., Ste 100
Oak Brook, IL 60523


Nationwide Credit Collection
815 Commerce Dr
Ste 1500
Oak Brook, IL 60523


NCO
2703 N Highway 75
Sherman, TX 75091


NCO Financial
PO Box 7172
Dublin, OH 43017


Neopath, SC
520 E. 22nd Street
Lombard, IL 60148


Norman's Cleaners
1714 W. Algonquin
Hoffman Estates, IL 60192


Northshore Hospital
9600 Gross Point Road
Skokie, IL 60076


Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008

Northwest Orthopaedic Assoc. Ltd.
7447 W. Talcott Ave.
Chicago, IL 60631-3745


Nova's & Associates
111 Lions Drive, #210
Barrington, IL 60010


Nuclear Oncology
15 Salt Creek
Hinsdale, IL 60521


Nuclear Oncology
15 Salt Creek Lane #119
Hinsdale, IL 60521


NWHC Business
2360 Hassell Road
Hoffman Estates, IL 60192


Osi Collect
507 Prudential Rd.
Horsham, PA 19044


Ozinga Ready Mix
19001 Old LaGrange Road, Suite 300
Mokena, IL 60448


Padmini Thakkar
300 Fox Glen
Barrington, IL 60010


Pinnacle Management Goods or Servic
514 Market Loop, Ste. 103
West Dundee, IL 60118


Professional Adjustmen
2504 Highway 44 W Ste 2
Inverness, FL 34453


Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201

Quest Diagnostics
PO Box 809403
Chicago, IL 60680


Radiologist Consultants
9410 Compubill Dr.
Orland Park, IL 60462


Raphael Yalden
1318 E. State St.
Saint Petersburg, FL 33702


RCS, Inc.
PO Box 361230
Birmingham, AL 35236


Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036


Recovery Resources
830 Meacham Rd.
Schaumburg, IL 60173


Resurrection Hospital
7435 W. Talcott Ave.
Chicago, IL 60631


Rita M. Zintak
11418 S. Rockwell
Chicago, IL 60655


Rita Mae Zintak
11418 S. Rockwell
Chicago, IL 60655


Robert Felsenthral
1025 N. Knight Ave.
Park Ridge, IL 60068


Rush Medical Center
1700 W. Van Buren
Chicago, IL 60612

Salvatore Suriano
5915 N. Medina Ave.
Chicago, IL 60646


St. Alexius Hospital
1555 Barrington Road
Hoffman Estates, IL 60169


St. Alexius Medical Center
21219 Network Place
Chicago, IL 60673


St. Alexius Medical Center
1555 Barrington Rd.
Hoffman Estates, IL 60194


St. Joseph Hospital
2900 N. Lake Shore Drive
Chicago, IL 60657


St. Joseph Hospital
4588 Paysphere Circle
Chicago, IL 60674


St. Joseph Medical Center
333 N. Madison St.
Joliet, IL 60435-6595


State Collection Service
PO Box 6250
Madison, WI 53716-0250


Stein & Rotman
105 W. Madison St., #605
Chicago, IL 60602


Steven Fink & Assoc. PC
421 N. Northwest Highway
#201
Barrington, IL 60010


Steven J. Fink & Associates
25 E. Washington St. # 1233
Chicago, IL 60602

Susan Kautz
817 Park Plaine
Park Ridge, IL 60068


Susan M. Kautz
817 Park Plaine
Park Ridge, IL 60068


Systems & Services Tech.
4315 Pickett Road
Saint Joseph, MO 64503


Transworld Systems
507 Prudential Road
Horsham, PA 19044


Transworld Systems
PO Box 4903
Trenton, NJ 08650


Transworld Systems Inc.
25 Northwest Point Blvd., Ste. 750
Elk Grove Village, IL 60007


Transworld Systems, Inc
1375 E. Woodfield Rd., #110
Schaumburg, IL 60173


VCNA PRAIRIE, INC
ATTN: ANN LOUISE STRAW
7601 W 79TH ST
BRIDGEVIEW, IL 60455


Weisman Howard Dean
120 S. State Street, #200
Chicago, IL 60603


Weltman, Weinberg & Reis
180 N LaSalle St., Ste 2400
Chicago, IL 60601


Wilsons Fencing
6007 Chestnut Ct
Crystal Lake, IL 60014

```
Winfield Pathology Consultants Sc
25 N Winfield Rd
Winfield, IL 60190


Winfield Radiology Consultants,SC
6910 S Madison St
Willowbrook, IL 60527
```